**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHARLES LEWIS, ) <br> ) <br>        Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> C/O D. GARCIA, ) <br> ) <br>        Defendant. ) <br> _____ ) | No. CV 15-9736-FMO (PLA) <br><br> **JUDGMENT** |

    Pursuant to the Order Accepting Magistrate Judge's Final Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 27, 2018

                                                  /s/
                                 HONORABLE FERNANDO M. OLGUIN
                                  UNITED STATES DISTRICT JUDGE